

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PHILADELPHIA, PA
PRINCETON, NJ • SAN JUAN, PR • WESTBOROUGH, MA • WILMINGTON, DE

JOHN S. MAIRO
MEMBER, NJ AND NY BARS
DIRECT DIAL NO.: 973-889-4107
E-MAIL ADDRESS: JSMAIRO@PBNLAW.COM

June 13, 2022

**VIA ECF**

Hon. Gary L. Sharpe, United States District Judge
United States District Court, Northern District of New York
445 Broadway
Albany, NY 12207

      Re:    *Barbieri v. Tailored Brands, Inc.*
               Case No.: 1:22-cv-00491-GLS-DJS

Dear Judge Sharpe:

      We represent Defendant Tailored Brands, Inc. ("Defendant") in connection with the above-referenced action. We write with the consent of counsel for Plaintiff John Barbieri ("Plaintiff") to respectfully request that the Court extend Defendant's time to answer, move, or otherwise respond to the Complaint from June 15, 2022 to July 6, 2022. This is Defendant's first request for an extension of time to respond to the Complaint. If granted, this extension will not affect any other date scheduled in this action. As noted above, Plaintiff's counsel consents to this request.

      We thank the Court in advance for its consideration of this request.

                             Sincerely,

                             s/John S. Mairo

                             John S. Mairo

ATTORNEYS AT LAW

100 SOUTHGATE PARKWAY • POST OFFICE BOX 1997 • MORRISTOWN, NJ 07962-1997
TELEPHONE (973) 538-4006 • FAX (973) 538-5146 • WWW.PBNLAW.COM

6990267