

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PHILADELPHIA, PA
PRINCETON, NJ • SAN JUAN, PR • WESTBOROUGH, MA • WILMINGTON, DE

JOHN S. MAIRO
MEMBER, NJ AND NY BARS
DIRECT DIAL NO.: 973-889-4107
E-MAIL ADDRESS: JSMAIRO@PBNLAW.COM

July 1, 2022

**VIA ECF**

Hon. Gary L. Sharpe
United States District Judge
United States District Court
Northern District of New York
445 Broadway
Albany, NY  122007

    Re:   *Barbieri v. Tailored Brands, Inc.*
            Case 1:22-cv-00491-GLS-DJS
            Our File No. 022821.092525

Dear Judge Sharpe:

    We represent Defendant Tailored Brands, Inc. ("Defendant") in connection with the above-referenced action.  We write with the consent of counsel for Plaintiff John Barbieri ("Plaintiff") to respectfully request that the Court extend Defendant's time to answer, move, or otherwise respond to the Complaint from July 6, 2022 to July 27, 2022.

    This is the second request for an extension of time to respond to the Complaint and is made for purposes of determining whether the parties can avoid and narrow potential motion-to-dismiss arguments without the court's involvement.  The parties agree that the extension does not prejudice any arguments either party may make at the conclusion of these discussions, including arguments related to the enforcement of arbitration agreements.  If granted, this extension will not affect any other date scheduled in this action.  As noted above, Plaintiff's counsel consents to this request.

    We thank the Court in advance for its consideration of this request.

                                    Very truly yours,

                                    s/John S. Mairo

                                    John S. Mairo

JSM:jac

**ATTORNEYS AT LAW**

100 SOUTHGATE PARKWAY • POST OFFICE BOX 1997 • MORRISTOWN, NJ 07962-1997
TELEPHONE (973) 538-4006 • FAX (973) 538-5146 • WWW.PBNLAW.COM

7016855